STATE v. C. E. KIZIAH.

(Filed 15 December, 1965.)

APPEAL by defendant from *McLaughlin, J.,* May 24, 1965 Criminal Session (High Point Division) GUILFORD Superior Court.

The defendant was charged in a warrant issued by the High Point Municipal Court with issuing and delivering to Bernard M. Gutterman, T/A Thaden Moulding Corporation, a check drawn on High Point Savings & Trust Company in the amount of $110.00 for merchandise, knowing at the time that he did not have sufficient funds on deposit nor arrangement with the bank to pay the check upon presentation. From a conviction and judgment in the Municipal Court, the defendant appealed to the Superior Court of

Guilford County where he entered a plea of not guilty. He was not represented by counsel but cross-examined the State's witnesses and testified in his own behalf. From a verdict of guilty and judgment thereon, he obtained counsel and appealed.

*T. W. Bruton, Attorney General, Harrison Lewis, Deputy Attorney General, Millard R. Rich, Jr., Trial Attorney for the State. Boyan & Wilson by Clarence C. Boyan for defendant appellant.*

PER CURIAM.   The defendant's only assignment of error is the failure of the court to enter judgment of nonsuit or to direct a verdict of not guilty at the close of the evidence. The State's witness, Gutterman, testified that defendant purchased furniture, received a bill of lading therefor, and gave a check for $110.00 in payment. The check was returned by the bank on which it was drawn with the notation, "No account." The defendant testified in his own behalf and, on cross-examination, stated: "I signed that check. I knew at the time I signed it I didn't have any money in the bank and I told him (the prosecuting witness) so." He claimed that his partner promised to make a deposit in the bank. This was not done.

The evidence was sufficient to go to the jury and to sustain its verdict of guilty and the judgment thereon.

No error.